# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DaVita, Inc., | ) | CASE NO.:  5:17CV2710 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| Kurz-Kasch, Inc. Plan, et al., | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | |
| | ) | |
| Defendants. | ) | |

The parties contacted the Court via telephone to notify the Court that this matter had been settled. Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall supplement this order.  This Court will retain jurisdiction over the settlement.   The continued case management conference scheduled for September 17, 2018 is hereby cancelled.

IT IS SO ORDERED.


DATED: September 14, 2018         /s/  John R. Adams_____
                                  JUDGE JOHN R. ADAMS
                                  UNITED STATES DISTRICT COURT